IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Velez, Israel

Printed: 2/5/08

Case Number: 04 B 45756
Judge: Wedoff, Eugene R
Filed: 12/14/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: December 20, 2007
Confirmed: January 27, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 12,566.02 |  |
| Secured: |  | 9,655.15 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,301.40 |
| Trustee Fee: |  | 609.47 |
| Other Funds: |  | 0.00 |
| Totals: | 12,566.02 | 12,566.02 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 2,301.40 | 2,301.40 |
| 2. | Nuvell Financial Services | Secured | 13,754.07 | 9,655.15 |
| 3. | Illinois Dept Of Public Aid | Priority | 3,177.48 | 0.00 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 62.46 | 0.00 |
| 5. | Nuvell Financial Services | Unsecured | 1,451.91 | 0.00 |
| 6. | Midland Credit Management | Unsecured | 21.51 | 0.00 |
| 7. | Cingular Wireless | Unsecured | 74.60 | 0.00 |
| 8. | First National Bank Of Marin | Unsecured | 73.68 | 0.00 |
| 9. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 10. | Capital One | Unsecured |  | No Claim Filed |
|  |  |  | $ 20,917.11 | $ 11,956.55 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 78.38 |
| 4% | 21.84 |
| 3% | 54.36 |
| 5.5% | 209.98 |
| 5% | 70.34 |
| 4.8% | 125.39 |
| 5.4% | 49.18 |
|  | $ 609.47 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Velez, Israel | Case Number:  04 B 45756 |
| | Judge:  Wedoff, Eugene R |
| Printed:  2/5/08 | Filed:  12/14/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

